| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 22-12083-PMM**

| | |
|---|---|
| Anthony Dominic Corvino | Petition Filed Date: 08/10/2022 |
| 3304 Pricetown Road | 341 Hearing Date: 09/20/2022 |
| Fleetwood PA 19522 | Confirmation Date: 12/22/2022 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/14/2023 | $200.00 | | 09/13/2023 | $200.00 | | 10/16/2023 | $200.00 | |
| 11/13/2023 | $200.00 | | 12/12/2023 | $200.00 | | 01/12/2024 | $200.00 | |
| 02/13/2024 | $200.00 | | 03/12/2024 | $200.00 | | 04/12/2024 | $200.00 | |
| 05/13/2024 | $200.00 | | 06/12/2024 | $200.00 | | 07/12/2024 | $200.00 | |

**Total Receipts for the Period: $2,400.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $4,800.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $3,382.00 | $3,382.00 | $0.00 |
| 1 | NAVY FEDERAL CREDIT UNION »» 001 | Unsecured Creditors | $20,257.42 | $534.57 | $19,722.85 |
| 2 | LVNV FUNDING LLC »» 002 | Unsecured Creditors | $10,957.51 | $289.15 | $10,668.36 |
| 3 | FREEDOM MORTGAGE CORPORATION »» 003 | Mortgage Arrears | $150.70 | $150.70 | $0.00 |
| 4 | SYNCHRONY BANK »» 004 | Unsecured Creditors | $135.82 | $0.00 | $135.82 |

**Chapter 13 Case No. 22-12083-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $4,800.00 | Current Monthly Payment: | $200.00 |
| Paid to Claims: | $4,356.42 | Arrearages: | $0.00 |
| Paid to Trustee: | $440.00 | Total Plan Base: | $7,200.00 |
| Funds on Hand: | $3.58 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.