| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

## OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 22-12083-PMM**

ANTHONY DOMINIC CORVINO
3304 PRICETOWN ROAD
FLEETWOOD  PA    19522

Petition Filed Date: 08/10/2022
341 Hearing Date: 09/20/2022
Confirmation Date: 12/22/2022

Case Status: Completed on 8/12/2025

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/12/2024 | $200.00 | | 09/12/2024 | $200.00 | | 10/15/2024 | $200.00 | |
| 11/13/2024 | $200.00 | | 12/12/2024 | $200.00 | | 01/13/2025 | $200.00 | |
| 02/12/2025 | $200.00 | | 03/12/2025 | $200.00 | | 04/14/2025 | $200.00 | |
| 05/12/2025 | $200.00 | | 06/12/2025 | $200.00 | | 07/14/2025 | $200.00 | |

**Total Receipts for the Period:  $2,400.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $7,200.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | **CLAIMS AND DISTRIBUTIONS** | | | | |
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $3,382.00 | $3,382.00 | $0.00 |
| 1 | NAVY FEDERAL CREDIT UNION<br>»» 001 | Unsecured Creditors | $20,257.42 | $1,967.08 | $18,290.34 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $10,957.51 | $1,064.02 | $9,893.49 |
| 3 | FREEDOM MORTGAGE CORPORATION<br>»» 003 | Mortgage Arrears | $150.70 | $150.70 | $0.00 |
| 4 | SYNCHRONY BANK<br>»» 004 | Unsecured Creditors | $135.82 | $13.20 | $122.62 |
| 5 | CITIBANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | FED CHOICE FCU | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | MACYS C/O DSNB | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-12083-PMM**

| SUMMARY |
|:-------:|

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,200.00 | Current Monthly Payment: | $200.00 |
| Paid to Claims: | $6,577.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $623.00 | Total Plan Base: | $7,200.00 |
| Funds on Hand: | $0.00 | | |

**<u>NOTES:</u>**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.