United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Anthony Dominic Corvino  
    Debtor

Case No. 22-12083-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: Aug 27, 2025      Form ID: 138OBJ      Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony Dominic Corvino, 3304 Pricetown Road, Fleetwood, PA 19522-9366 |
| 14714047 | + | Freedom Mortgage Corporation, c/o Mario Hanyon, Esq., Brock and Scott, PLLC, 8757 Red Oak Blvd, Suite 150, Charlotte, NC 28217-3977 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Aug 28 2025 00:43:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 28 2025 00:44:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14712171 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Aug 28 2025 00:56:39 | Best Egg, 1523 Concord Pike, Suite 201, Wilmington, DE 19803-3656 |
| 14712172 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 28 2025 00:56:49 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 14712175 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 28 2025 00:56:40 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14712173 | + | Email/Text: recoveryservicesgroup@fedchoice.org | Aug 28 2025 00:44:00 | FedChoice Federal Credit Union, Attn: Bankruptcy Dept., 10001 Willowdale Rd, Lanham, MD 20706-4321 |
| 14713952 | + | Email/Text: EBN@brockandscott.com | Aug 28 2025 00:43:00 | Freedom Mortgage Corporation, C/O Brock and Scott, PLLC, Attorneys at Law, 8757 Red Oak Blvd., Suite 150, Charlotte, NC 28217-3977 |
| 14712174 | + | Email/Text: Bankruptcy@Freedommortgage.com | Aug 28 2025 00:43:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 14713953 | + | Email/Text: Bankruptcy@Freedommortgage.com | Aug 28 2025 00:43:00 | Freedom Mortgage Corporation, 11988 Exit 5 Parkway Building 4, Fishers, In 46037-7939 |
| 14736088 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 28 2025 00:56:39 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14712176 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Aug 28 2025 00:44:00 | Navy FCU, Attn: Bankruptcy, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 14714181 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Aug 28 2025 00:44:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 14722639 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 28 2025 00:56:51 | Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

Case 22-12083-pmm    Doc 36    Filed 08/29/25    Entered 08/30/25 00:41:44    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 27, 2025 | Form ID: 138OBJ | Total Noticed: 20 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14728018 | ^ | MEBN | Aug 28 2025 00:38:08 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14713340 | ^ | MEBN | Aug 28 2025 00:38:09 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14713450 | ^ | MEBN | Aug 28 2025 00:38:08 | Synchrony Bank, c/o Valerie Smith, PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14794768 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 28 2025 00:56:40 | Synchrony Bank by, AIS InfoSource, Pa, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14712177 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2025 00:56:39 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14714048 | *+ | Freedom Mortgage Corporation, 11988 Exit 5 Parkway Building 4, Fishers, In 46037-7939 |
| 14724273 | *+ | Freedom Mortgage Corporation, 11988 Exit 5 Parkway Building 4, Fishers, In 46037-7939 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com |
| JOSEPH L QUINN | on behalf of Debtor Anthony Dominic Corvino CourtNotices@rqplaw.com |
| MARIO J. HANYON | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-4 User: admin Page 3 of 3
Date Rcvd: Aug 27, 2025 Form ID: 138OBJ Total Noticed: 20
TOTAL: 6

*Form 138OBJ* (6/24)−doc 31 − 28

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    Anthony Dominic Corvino ) | Case No. 22−12083−pmm |
| ) | |
| ) | |
|    Debtor(s). ) | Chapter: 13 |
| ) | |
| ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                Eastern District of Pennsylvania
                United States Bankruptcy Court
                Office of the Clerk, Gateway Building
                201 Penn Street, 1st Floor
                Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: August 27, 2025                                                                    For The Court

                                                                                                      Timothy B. McGrath
                                                                                                      Clerk of Court